DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RIDDLE SR., ANTHONY LAMONT | ) | CASE NO. 2-09-bk-02575-GBN |
| RIDDLE, TRIQNIC LAJON, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>As Assignee of Verizon Wireless<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $2.91 |
| 11 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | $1.46 |

*August 12, 2010*            */s/ David M. Reaves*
DATE            David M. Reaves, Trustee